FREE ET AL. *v.* ABBOTT LABORATORIES, INC., ET AL.

No. 99–391.   Argued March 27, 2000—Decided April 3, 2000

*Daniel A. Small* argued the cause for petitioners.   With him on the briefs were *Michael D. Hausfeld, Matthew F. Pawa, Eric L. Olson, Daniel E. Gustafson, Howard J. Sedran,* and *Don Barrett.*

*Frank Cicero, Jr.,* argued the cause for respondents. With him on the brief were *Craig A. Knot, Christopher Landau,* and *Max R. Shulman.**

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE O'CONNOR took no part in the consideration or decision of this case.

---

*\*Jane Bishop Johnson* filed a brief for the State of Louisiana as *amicus curiae* urging reversal.

Briefs of *amici curiae* urging affirmance were filed for the Chamber of Commerce of the United States et al. by *Evan M. Tager, Robin S. Conrad,* and *Donald D. Evans;* for the Product Liability Advisory Council by *John H. Beisner;* and for the Securities Industry Association by *Stuart J. Kaswell.*